# VERDICT FORM

*Question 1.*   As to Falyn Bruce's claim against Officer Derek Guernsey, do you find that Guernsey seized Bruce?

☐ Yes   ☒ No

If your answer to Question 1 is "Yes", then proceed to Question 2.

If your answer to Question 1 is "No", then proceed to Page Three of this Verdict Form and enter your signatures where indicated. You are not required to answer any other questions on this form.

*Question 2.*   Was there probable cause to seize Falyn Bruce?

☐ Yes   ☐ No

If your answer to Question 2 is "Yes", then proceed to Page Three of this Verdict Form and enter your signatures where indicated. You are not required to answer any other questions on this form.

If your answer to Question 2 is "No", then proceed to Question 3.

Page Two

Question 3.   Did Falyn Bruce sustain any compensatory damages as a result of Guernsey's actions?

☐ Yes   ☐ No

If your answer to Question 3 is "No", then you must enter $1 on the line referencing damages (compensatory or nominal).

If your answer to Question 3 is "Yes", then you must determine the amount of damages suffered by Falyn Bruce and enter the amount on the line referencing damages (compensatory or nominal).

As to the issue of damages, we award the following:

Compensatory or Nominal Damages _____

Page Three

Dated this 7 day of June, 2018

_____
s/ Juror
**Foreperson**

_____
s/ Juror

_____
s/ Juror

_____
s/ Juror

_____
s/ Juror

_____
s/ Juror

_____
s/ Juror