# EXHIBIT C
## PLAINTIFF'S EXHIBIT LIST

Pursuant to Local Rule 16.1 of the United States District Court for the Central District of Illinois, Plaintiff Falyn Bruce hereby submits the following exhibit list:

| | No. | DESCRIPTION | ADMIT WITHOUT OBJECTION | AUTHENTICATION WAIVED | OBJECTION |
|---|---|---|---|---|---|
| 6-5-18 | 1 | Sangamon County call log | X | | |
| 6-5-18 | 2 | Petition for involuntary admission | Admitted over objection | | X |
| 6-5-18 | 3 | Detail call report | X | | |
| 6-5-18 | 4 | 405 ILCS 5/3-504(b) | | | |
| | 5 | 405 ILCS 5/3-503(a) | | | |
| 6-5-18 | 6 | Defendant Guernsey's interrogatory answers | | | |

## EXHIBIT D
## DEFENDANT'S EXHIBIT LIST

**EXPECT TO OFFER:**

| No. | DESCRIPTION | ADMIT WITHOUT OBJECTION | AUTHENTICATION WAIVED | OBJECTION |
|---|---|---|---|---|
| 1-7 | Sangamon County Sheriff's Office Detail Call for Service Report (Exhibit to Derek Guernsey Deposition) | | | |
| 8 | Riverton Police Department Police Information and Planning System Detail Incident Report (Exhibit to Andrew Landgrebe Deposition) | X *(6-6-18)* | | |
| 9-27 | Sangamon County Sheriff's Office Records | | | |
| 28-31<br>439-447 | SIU HealthCare Department of Psychiatry Kamna Handa, M.D. Records | X *(6-6-18)* | | |
| 32-124 | St. John's Hospital Records | | | |

6-5-18  118 - Shown to Witness
6-6-18  16 - Copy of CIT Tracking form ⟩ Admitted w/out obj
6-6-18  17 - Copy of CIT tracking form
6-6-18  51, 52 - Narrative, 53, 54, 55  Plaintiff offers Def's Exhibits 51-55 Admitted w/out objection.
6-6-18  65-67 - Objection by Plf - Admitted over obj
6-6-18  77-79 - Objection by Plf - Admitted over obj
6-6-18  76 - offered by Plf and admitted w/out obj

6-6-18  87-88  Offered by Plaintiff - Admitted w/out obj by Def.

6-6-18  108-111  Admitted w/out obj

**MAY OFFER:**

| No. | DESCRIPTION | ADMIT WITHOUT OBJECTION | AUTHENTICATION WAIVED | OBJECTION |
|---|---|---|---|---|
| 125-151 | Plaintiff's Complaint | | | |
| 152 | Records of Agape Counseling Center | | | |
| 153-154 | Records of Central Illinois Crisis Intervention | | | |
| 155-173 | Records of Gottrich Counseling and Consulting | Admitted over obj X | | X |
| 174-175 | Records of Lincoln Land Community College School | | | |
| 176-246 | Records of Lincoln Prairie Behavioral Health Center | | | |
| 247-433 | Records of Memorial Medical Center | | | |
| 434-438 | Petition for Involuntary/ Judicial Admission | | | |
| 439-447 | Records of Kamna Handa, M.D. (Used at her deposition) | X | | |
| 448 | Deposition transcript of Falyn Bruce taken 9-1-2016 | | | |
| 449 | Deposition transcript of Falyn Bruce taken 8-1-2014 in *Falyn Bruce v. St. John's Hospital, et al.*, Sangamon County Law No. 2013-L-55 | | | |

Margin annotations:
- 6-6-18 (next to 155-173)
- 6-6-18 (next to 439-447)
- 6-5-18 (next to 448)
- 6-5-18 (next to 449)

| | | | | | |
|---|---|---|---|---|---|
| 6-5-18 | 450 | Deposition transcript of James Bruce taken 9-13-2016 | | | |
| 6-5-18 | 451 | Deposition transcript of James Bruce taken 7-1-2015 in *Falyn Bruce v. St. John's Hospital, et al.*, Sangamon County Law No. 2013-L-55 | | | |
| 6-5-18 | 452 | Deposition transcript of Vickie Bruce taken 9-1-2016 | | | |
| 6-5-18 | 453 | Deposition transcript of Vickie Bruce taken 7-10-2015 in *Falyn Bruce v. St. John's Hospital, et al.*, Sangamon County Law No. 2013-L-55 | | | |
| | 454 | Deposition transcript of Therasa Duncan taken 12-22-2016 | | | |
| | 455 | Deposition transcript of Kimberly Earl taken 10-18-2016 | | | |
| | 456 | Deposition transcript of Kay Gottrich, MA, BCPC, LCPC taken 9-25-2015 in *Falyn Bruce v. St. John's Hospital, et al.*, Sangamon County Law No. 2013-L-55 | | | |
| | 457 | Deposition transcript of Kamna Handa, M.D. taken 12-28-2016 | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 458 | Deposition transcript of Kamna Handa, MD, taken 3-6-2015 in *Falyn Bruce v. St. John's Hospital, et al.*, Sangamon County Law No. 2013-L-55 | | | |
| | 459 | Deposition transcript of Andrew Landgrebe taken 11-17-2016 | | | |
| 6-6-18 | 460 | Deposition transcript of Nancy Penk taken 3-27-2017 | | | |
| | 461 | Deposition transcript of Troy Sweeney taken 10-21-2016 | | | |