E-FILED
Monday, 06 August, 2018 03:45:22 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| FALYN BRUCE, | ) |
|     Plaintiff, | ) |
| v. | ) No. 12-cv-3198 |
| DEREK GUERNSEY, | ) |
|     Defendant. | ) |

## **OPINION**

TOM SCHANZLE-HASKINS, U.S. MAGISTRATE JUDGE:

This matter comes before the Court on Defendant Derek Guernsey's Motion for Costs (d/e 133) (Motion). The parties agreed to proceed before this Court. <u>Notice, Consent, and Reference of a Civil Action to a Magistrate Judge and Reference Order entered November 30, 2017 (d/e 112)</u>. On June 5, 2018, the Court commenced a jury trial in this matter. On June 7, 2018, a jury returned a verdict in favor of Defendant Guernsey and against Plaintiff Falyn Bruce. The Court entered judgment on the verdict (d/e 131). On June 27, 2018, Guernsey filed the Motion. Guernsey attached a Bill of Costs to the Motion as an Exhibit. On June 28, 2018, the Clerk notified the parties that costs would be taxed in the amount requested on the Bill of Costs, $6,326.25, and informed that parties that they had 14 days to object to the Bill of Costs. No objections have been filed. Further, no opposition

has been filed to the Motion. Bruce is therefore presumed to have no opposition to the Motion. Local Rule 7.1(B)(2).

The prevailing party is entitled to costs in this case. Fed. R. Civ. P. 54(b). No objection has been filed. The Court also sees nothing objectionable in Bill of Costs.

THEREFORE, IT IS ORDERED that the Motion for Costs (d/e 133) is ALLOWED. The Court awards costs in favor of Defendant Derek Guernsey and against Plaintiff Falyn Bruce in the sum of $6,326.25. The Court directs the Clerk to enter an amended judgment pursuant to Fed. R. Civ. P. 58(b)(1)(B).

ENTER: August 3, 2018

                     s/ *Tom Schanzle-Haskins*
                   TOM SCHANZLE-HASKINS
                   UNITED STATES MAGISTRATE JUDGE