Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

**Falyn Bruce**         )
                        )
  **Plaintiff,**        )
                        )
  vs.                   )   Case Number: 12-3198
                        )
**Derek Guernsey**      )
                        )
  **Defendant.**        )

## AMENDED JUDGMENT IN A CIVIL CASE

☒ **JURY VERDICT.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT.**   This action came before the Court and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**, pursuant to the jury verdict rendered on June 7, 2018, judgment is entered in favor of Defendant and against Plaintiff.--------------------------------

   3/25/2015 ----- Defendants Troy M. Sweeney, Justin Harris, Sangamon County Sheriff's Department, and Rochester Police Department terminated pursuant to the Text Order entered by Judge Sue E. Myerscough.

   8/6/2018: The Court awards costs in favor of Defendant Derek Guernsey and against Plaintiff Falyn Bruce in the sum of $6,326.25.

**Dated: August 6, 2018**

                                          s/ Denise Koester
                                          Denise Koester
                                          Acting Clerk, U.S. District Court